KELLEY DRYE & WARREN LLP
  Michael J. O'Connor (STATE BAR NO. 90017)
  Edward E. Weiman (STATE BAR NO. 193290)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
moconnor@kelleydrye.com
eweiman@kelleydrye.com

Attorneys for SeaWorld Parks & Entertainment, Inc.
and Sea World LLC

FULBRIGHT & JAWORSKI L.L.P.
  Richard R. Mainland (STATE BAR NO. 36055)
555 S. Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (310) 892-9494
rmainland@fulbright.com

Attorneys for SeaWorld Parks & Entertainment, Inc.
and Sea World LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILIKUM, KATINA, CORKY, KASATKA, AND ULISES, five orcas,<br><br>Plaintiffs,<br><br>by their Next Friends, People for the Ethical Treatment of Animals, Inc., Richard "Ric" O'Barry, Ingrid N. Visser, Ph.D., Howard Garrett, Samantha Berg, and Carol Ray,<br><br>v.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC. AND SEAWORLD, LLC,<br><br>Defendants. | CASE NO. 11-CV-2476 JM WMC<br><br>(The Honorable Jeffrey T. Miller)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE RE: MOTION TO DISMISS**<br><br>[*[Proposed] Order submitted concurrently herewith*]<br><br>Action Filed:    October 25, 2011<br>Trial Date:       None set |

**RECITALS**

1. On October 25, 2011, Plaintiffs Tilikum, Katina, Corky, Kasatka, and Ulises, by their Next Friends, People for the Ethical Treatment of Animals, Inc., Richard "Ric" O'Barry, Ingrid N. Visser, Ph.D., Howard Garrett, Samantha Berg, and Carol Ray (collectively, "Plaintiffs") filed the instant Complaint for Declaratory and Injunctive Relief (the "Complaint").

2. Plaintiffs contend that they personally served the Complaint upon Defendants SeaWorld Parks & Entertainment, Inc. and Sea World LLC[1] through their registered agent for service of process, CT Corporation System ("CT Corporation"), on October 28, 2011.  SeaWorld contends that Plaintiffs personally served the Complaint upon Defendant SeaWorld Parks & Entertainment, Inc. through CT Corporation on October 28, 2011, and personally served the Complaint upon Defendant Sea World LLC on October 29, 2011 through CT Corporation.

3. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, a defendant shall answer or otherwise respond to a complaint within twenty-one (21) days of service of the summons and complaint.  Accordingly, the earliest deadline for SeaWorld to respond to the Complaint is November 18, 2011.

4. Plaintiffs have agreed, and jointly move herewith, to extend the time for SeaWorld to respond to the Complaint up to and including December 19, 2011.

5. Pursuant to Local Civil Rule 12.1, a party may obtain an extension of time for answering or moving to dismiss a complaint by securing the approval of a judicial officer.

6. SeaWorld anticipates that it will file a motion to dismiss the Complaint. Accordingly, the parties wish to stipulate to the following briefing schedule, based on a proposed hearing date of January 30, 2012, for the anticipated motion:

| | |
|---|---|
| Deadline for Plaintiffs to file and serve opposition brief: | January 13, 2012 |
| Deadline for SeaWorld to file and serve reply brief: | January 23, 2012 |

/ / /

---

[1] Defendants SeaWorld Parks & Entertainment, Inc. and Sea World LLC will be referred to collectively as "SeaWorld."

## STIPULATION

Plaintiffs and SeaWorld, by and through their counsel of record, hereby stipulate and move as follows:

1. Subject to the approval of the Court, the deadline for SeaWorld to answer or otherwise move to dismiss the Complaint is December 19, 2011.

2. Subject to the approval of the Court and based on a proposed hearing date of no sooner than January 30, 2012, the deadline for Plaintiffs to file and serve their opposition to SeaWorld's anticipated motion to dismiss is January 13, 2012 and the deadline for SeaWorld to file and serve its reply brief is January 23, 2012.

DATED: November 15, 2011        KELLEY DRYE & WARREN LLP
                                Michael J. O'Connor
                                Edward E. Weiman


                                By   /s/ Edward E. Weiman
                                         Edward E. Weiman

                                FULBRIGHT & JAWORSKI L.L.P.
                                Richard R. Mainland

                                Attorneys for SeaWorld Parks & Entertainment, Inc. and Sea World LLC

DATED: November 15, 2011        PETA FOUNDATION
                                Matthew Strugar


                                By   /s/ Matthew Strugar
                                         Matthew Strugar
                                Attorneys for Plaintiffs Tilikum, Katina, Corky, Kasatka, and Ulises

296371.1.doc                         2                    11-CV-2476 JM WMC
JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE RE: MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE RE: MOTION TO DISMISS has been electronically filed using the CM/ECF system, and the following party was served via the Court's electronic notification system:

Jeffrey S. Kerr, Esq.
Martina Bernstein, Esq.
PETA FOUNDATION
1536 16th Street, N.W.
Washington, DC  200369
JeffK@petaf.org
MartinaB@petaf.org

Matthew Strugar, Esq.
PETA FOUNDATION
2898 Rowena Avenue
Los Angeles, CA  90039
Matthew-s@petaf.org

DATED: November 15, 2011            KELLEY DRYE & WARREN LLP
                                    Michael J. O'Connor
                                    Edward E. Weiman


                                    By      /s/ Edward E. Weiman
                                            Edward E. Weiman

                                    FULBRIGHT & JAWORSKI L.L.P.
                                    Richard R. Mainland

                                    Attorneys for Defendants SeaWorld Parks & Entertainment, Inc. and Sea World LLC