# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILIKUM, KATINA, CORKY, KASATKA, AND ULISES, five orcas,<br><br>　　　　Plaintiffs,<br><br>by their Next Friends, People for the Ethical Treatment of Animals, Inc., Richard "Ric" O'Barry, Ingrid N. Visser, Ph.D., Howard Garrett, Samantha Berg, and Carol Ray,<br><br>　　　v.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC. AND SEAWORLD, LLC,<br><br>　　　　Defendants. | CASE NO. 11-CV-2476 JM WMC<br><br>(The Honorable Jeffrey T. Miller)<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE RE: MOTION TO DISMISS**<br><br><br><br>Action Filed:   October 25, 2011<br>Trial Date:      None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that after considering the Joint Motion to Extend Time to Respond to Complaint and to Set Briefing Schedule Re: Motion to Dismiss, filed on November 15, 2011, by Defendants SeaWorld Parks & Entertainment, Inc. and Sea World LLC (collectively, "SeaWorld"), IT IS HEREBY ORDERED:

1.　　The deadline for SeaWorld to answer or otherwise move to dismiss the Complaint is extended to December 19, 2011.

/ / /

2. Based on a hearing date of **February 6, 2012 at 10:30 a.m.**, the deadline for Plaintiffs to file and serve their opposition to SeaWorld's anticipated motion to dismiss is January 13, 2012 and the deadline for SeaWorld to file and serve its reply brief is January 23, 2012.

**IT IS SO ORDERED.**

DATED:  Novmeber 16, 2011

_____
Hon. Jeffrey T. Miller
United States District Court Judge