UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED

11 NOV 17 PM 3:26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Jeffrey T. Miller
FROM: R. Uran, Deputy Clerk           RECEIVED DATE: 11/15/2011
CASE NO.: 11cv2476-JM-WMC      DOCUMENT FILED BY: Brian Murphy
CASE TITLE: Tilikum et al v. Sea World Parks & Entertainment, Inc. Et al
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☒ |  | OTHER: Filer not a party to the case. 83.9 Unauthorized communication with the judge is prohibited. |

Date forwarded: 11/16/2011

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: _Jeffrey T. Miller_

Dated: 11/16/11        By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

Brian Murphy · 4174 Walking Rain Rd · Santa Fe · New Mexico · 87507

U.S. District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900

REJECTED

November 10, 2011

Your Honor:

    For PETA to argue that the 13th Amendment to the U. S. Constitution applies to non-humans is a conscious and gross misrepresentation of the purpose of that amendment, and of the Bill of Rights and other Amendments.

> *"To avoid therefore the evils of inconstancy and versatility, ten thousand times worse than those of obstinacy and the blindest prejudice, we have consecrated the state, that no man should approach to look into its defects or corruptions but with due caution; that he should never dream of beginning its reformation by its subversion."* – Edmund Burke; *Reflections on the Revolution in France*

    Jeffrey Kerr, counselor for *People for the Ethical Treatment of Animals* has filed a lawsuit in the CASD on behalf of **orca whales** in captivity at SeaWorld arguing that the 13th Amendment, which prohibits slavery, applies not only to human beings but to captured wild animals as well. While the idea that SeaWorld should not treat the orcas as they currently do is valid, extending Constitutional rights to the whales in order to obtain their freedom is absurd and dangerous because it undermines the legal foundation of our country.

    The historical record, which the court cannot ignore, clearly shows that the word "slavery" as used in the 13th Amendment was understood by that amendment's contemporaries to apply to human beings only, and not to any or all species of the animal kingdom as argued by PETA. Here are two examples:

Extract from the *National Republican*, December 2, 1865:

"Of the twenty-seven ratifying States no less than ten were slaveholding at the beginning of the rebellion, namely, Maryland, Missouri, Virginia, North Carolina, South Carolina, Georgia, Alabama, Louisiana, Arkansas, and Tennessee."

"The New York Herald says:
The proclamation issued on Monday by the State Department placed the final seal on the tomb of African slavery in this country."

    PETA likes to point out that the text of the 13th Amendment does not specify who or what is a slave. This omission has provided PETA an opportunity to twist the meaning of the 13th Amendment. Yet it is disingenuous for PETA to deny that the 13th's authors and supporters understood it to apply to human beings only. The consequence of viewing the law this way is that our laws can be twisted to mean anything and thus will come to mean nothing. Such an approach mocks and undermines our legal foundation.

    While some of PETA's goals may be worthy of support, PETA's argument that Constitutional law applies also to animals, deserves the scorn of all free people who cherish their constitutions. If the court rules in favor of PETA and the orcas, that the 13th Amendment applies to non human animals, it will be complicit in undermining the legal framework of the United States. That may sound harsh, but that's how I see it.

Sincerely,

*[signature]*

Brian Murphy
Santa Fe, NM



ALBUQUERQUE NM 871

12 NOV 2011 PM 2 T

MURPHY
4174 WALKING RAIN RD
SANTA FE, NM 87507

OFFICE OF THE CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET, SUITE 4290
SAN DIEGO, CA 92101-8900